# STONE HILTON

September 9, 2025

*Via CM/ECF*

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit

    **Re:**    *Doe v. United States Department of Health and Human Services* **(No. 24-40778)**

Mr. Cayce:

    Undersigned counsel for Appellant Dr. Doe thanks the Court for the opportunity to present additional oral argument in this matter. In accordance with the Court's order, Appellant requests the opportunity for re-argument to be heard in the format and at the time most convenient for the Court. For purposes of the Court's schedule, undersigned counsel further respectfully submits that he will present argument in the Fifteenth Court of Appeals on September 24, 2025 in *Storable, Inc. v. SafeLease Insurance Services, LLC*, No. 15-25-00020-CV.

                                             Sincerely,

                                             */s/ Judd E. Stone II*
                                             Judd E. Stone II
                                             **STONE HILTON PLLC**
                                             600 Congress Ave., Suite 2350
                                             Austin, TX 78701
                                             judd@stonehilton.com
                                             (737) 465-3897

